174 So. 624

## RHODES v. STATE.

### 6 Div. 63.

Supreme Court of Alabama.

May 20, 1937.

See, also, 232 Ala. 509, 168 So. 869.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

The appeal is from a judgment of conviction of murder in the first degree, with the infliction of the death penalty.

In the absence of a bill of exceptions, charges refused are not here reviewable (Preston v. State, 231 Ala. 285, 164 So. 571), nor does the motion for a new trial present matter here for consideration.

There is no error apparent on the record. Let the judgment stand affirmed.

Affirmed.

All the Justices concur, except KNIGHT, J., not sitting.

174 So. 640

## QUEEN INS. CO. OF AMERICA v. BETHEL CHAPEL.

### 6 Div. 128.

Supreme Court of Alabama.

May 20, 1937.

Coleman, Spain, Stewart & Davies, of Birmingham, for the motion.

Wm. H. Ellis and Murphy, Hanna, Woodall & Lindbergh, all of Birmingham, opposed.

GARDNER, Justice.

Petition of the Queen Insurance Company of America for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Queen Ins. Co. v. Bethel Chapel, 27 Ala. App. 443, 174 So. 638.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.